UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DATED: 3/25/2026

GRANTED

Judge Araceli Martínez-Olguín

Tracy Jule, et al,

        Plaintiff(s),

v.

Roblox Corporation, et al.,

        Defendant(s)

Case No. 3:25-cv-10291-AMO

**ADMINISTRATIVE MOTION FOR SUBSTITUTION AS LOCAL-COUNSEL FOR ATTORNEY APPEARING PRO HAC VICE (per Civil Local Rule 7-11)**

I, Richard Varghese, an attorney who, on March 12, 2026 entered an appearance on behalf of Plaintiff(s), is a member of the bar of this Court in good standing, and maintains an office within the State of California, moves for substitution as local-counsel for Carasusana Bibiana Wall, an attorney who filed an Application for Admission of Attorney Pro Hac Vice in the Northern District of California on December 3, 2025 [*See* Dkt.3] and was subsequently admitted pro hac vice by Order of this Court on December 3, 2025 [*See* Dkt.4]. My bar number is <u>314156</u>.

Further, the instant motion moves to replace Attorney Anya Fuchs as local-counsel in this matter.

**My Address of Record:**    2596 Mission Street, Suite 207 San Marino, CA 91108

**My Telephone # of Record:**    (646) 479-6979

**My Email Address of Record:**    rvarghese@rvesq.com

Respectfully submitted, this 20th day of March, 2026.

        The Law Offices of Richard Varghese

        <u>/s/ Richard P. Varghese</u>
        Richard Phillip Varghese (SBN: 314156)
        2596 Mission Street, Suite 207
        San Marino, California 91108
        (646) 479-6979
        rvarghese@rvesq.com